**ORIGINAL**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA          :

      - v. -                    :          NOTICE OF INTENT TO
                                         FILE AN INFORMATION
BELLE M. SIX,                     :

        Defendant.                :          **07 CRIM. 547**

- - - - - - - - - - - - - - - - x

        Please take notice that the United States Attorney's Office will file an information upon the defendant's waiver of indictment, pursuant to Rule 7(b) of the Federal Rules of Criminal Procedure.

Dated:    New York, New York
           June 8, 2006

                                    MICHAEL J. GARCIA
                                    United States Attorney

               By:   _____
                     Jaikumar Ramaswamy
                     Assistant United States Attorney
                     Telephone: 212-637-2204

               AGREED AND CONSENTED TO:

               By:   _____
                     John W. Moscow, Esq.
                     Baker & Hostetler LLP
                     Attorney for Belle Six

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: JUN 11 2007

6/11/07   WHEEL A