UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------X

UNITED STATES OF AMERICA          :

        v.                           :

BELLE M. SIX,                     :        07 Cr. ____

        Defendant.                :
------------------------------X

**07CRIM. 547**

    The above-named defendant, who is accused of violating Title 18, United States Code, Section 371, being advised of the nature of the charge and of his rights, hereby waives, in open Court, prosecution by indictment and consents that the proceeding may be by information instead of by indictment.



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: JUN 1 4 2007

_____
Defendant

_____
Witness

_____
Counsel for Defendant

Date:   New York, New York
       June 14, 2007

0202

*Judge Marrero*