```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------ X
UNITED STATES OF AMERICA            :
                                    :   07 CR 0547 (VM)
                                    :
     - against -                    :   ORDER
                                    :
                                    :
BELLE SIX,                          :
                                    :
                                    :
            Defendant.              :
------------------------------------X
```

**VICTOR MARRERO, United States District Judge.**

The Court has reviewed the transcript of the plea allocution of defendant BELLE SIX, the charging papers, and all other pertinent parts of the record. The Report and Recommendation of the Honorable Debra C. Freeman, United States Magistrate Judge, dated May 14, 2007, is approved and accepted.

The Clerk of Court is directed to enter the plea.

**SO ORDERED:**

Dated:    New York, New York
          8 April 2008

                                        Victor Marrero
                                           U.S.D.J.

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4-7-08