

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

April 7, 2008

APR - 8 2008

BY HAND

Honorable Victor Marrero
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
Room 660
New York, New York 10007

    Re:    United States v. Belle Six
              07 Cr. 547 (VM)

Dear Judge Marrero:

    The above-captioned matter is currently scheduled for sentencing on May 2, 2008. This date was set as a control date because the defendant, Ms. Six, who has entered into a cooperation agreement with the Government, was not expected to complete her cooperation until an unknown date in the future. Ms. Six's cooperation is expected to include providing testimony in the trial of United States v. Coplan et al., 07 Cr. 453 (SHS).

    The Coplan trial has now been scheduled for March 2009. Under the circumstances, the Government respectfully requests that another control date be set, approximately six months hence. If it suits the Court's convenience, we propose Friday, October 10, 2008. At that time, we will report to the Court again on the status of the Coplan matter, and any other relevant scheduling issues.

    In the meantime, we enclose for the Court's review a transcript of Ms. Six's plea before Magistrate Judge Freeman.

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4-29-08

Respectfully submitted,

MICHAEL J. GARCIA
United States Attorney

By: _____
    Deborah E. Landis
    Assistant United States Attorneys
    (212) 637-2512

Encl.

cc:    John Moscow, Esq. (w/o enclosure)

Request GRANTED. The sentencing of defendant Belle Six herein is rescheduled to 10-10-08 at 4:30 p.m.

SO ORDERED.

4-28-08
DATE    VICTOR MARRERO, U.S.D.J.